NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**KINGSTON TECHNOLOGY COMPANY, INC.,**
*Appellant*

**v.**

**POLARIS INNOVATIONS LIMITED,**
*Appellee*

—————————————

2018-1778

—————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01623.

—————————————

**JUDGMENT**

—————————————

DAVID M. HOFFMAN, Fish & Richardson, P.C., Austin, TX, argued for appellant. Also represented by MICHAEL JOHN BALLANCO, Washington, DC.

NATHAN NOBU LOWENSTEIN, Lowenstein & Weatherwax LLP, Los Angeles, CA, argued for appellee. Also represented by KENNETH J. WEATHERWAX.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>November 6, 2019</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |